

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TONY VILLAFRANCA AND VILLAFRANCA, INC., | § | No. 08-16-00064-CV |
| | | Appeal from the |
| Appellants, | § | |
| | | 345th District Court |
| v. | § | |
| | | of Travis County, Texas |
| MITCHELL ANDREW GOIN, | § | |
| | | (TC# D-1-GN-14-005405) |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellants' motion to dismiss the appeal because the parties have resolved the dispute. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d).

STEVEN L. HUGHES, Justice

August 24, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.